UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
INTERNATIONAL GEMOLOGICAL INSTITUTE (IGI),

Plaintiff,

-against-

06 Civ. 1484 (LAK)

INTERNATIONAL GEMOLOGICAL
LABORATORIES (IGC),

Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The allegations of the complaint are sufficient to ground a claim of personal jurisdiction over the defendant. Defendant's submissions are inadequate conclusively to defeat jurisdiction. Accordingly, defendant's motion to dismiss is denied. It will remain plaintiff's burden to establish personal jurisdiction at trial or in response to a motion for summary judgment after the completion of jurisdictional discovery.

      SO ORDERED.

Dated:    July 20, 2006

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/06